BARRY J. PORTMAN
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant CHAVEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-09-00401 WDB |
| ) | |
| Plaintiff, ) | STIPULATED REQUEST TO CONTINUE |
| ) | STATUS HEARING DATE TO JULY 9, |
| v. ) | 2009 AND TO EXCLUDE TIME UNDER |
| ) | THE SPEEDY TRIAL ACT AND |
| ) | [PROPOSED] ORDER |
| CHRISTINA CHAVEZ, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

The above-captioned matter is set on June 10, 2009 before this Court for a status hearing. The parties jointly request that the Court continue the matter to July 9, 2009 at 10:00 a.m. and that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), between the date of this stipulation and July 9, 2009.

Ms. Chavez is charged with misdemeanor fraud under 18 U.S.C. § 1028(a)(4)(fraud in connection with identification documents). She made an initial appearance on May 5, 2009, and the Court arraigned Ms. Chavez and released her on her own recognizance. The parties are negotiating a disposition of this matter, which may include pretrial diversion. Counsel for Ms. Chavez needs additional time to provide information to the government so that government counsel can determine if Ms. Chavez would be a suitable candidate for diversion.

Stip. Req. To Continue Status Date and to
Exclude Time, No. CR-09-00401 WDB

1    Additionally, counsel for Ms. Chavez needs additional time to review the discovery, to
2 investigate this case and to discuss this case and the evidence with her client. Counsel for Ms.
3 Chavez will be in trial and unavailable the week of June 29 through July 3, 2009 and thus
4 requests a date the second week in July. For these reasons, the parties agree that the failure to
5 grant such a continuance would unreasonably deny Ms. Chavez continuity of counsel and the
6 reasonable time necessary for effective preparation, taking into account the exercise of due
7 diligence.
8    The parties further stipulate and agree that the time from the date of this Stipulation to
9 July 9, 2009, should be excluded under § 3161(h)(7)(A) and (B)(iv) on the basis that the ends of
10 justice served by the continuance requested outweigh the best interest of the public and the
11 defendant in a speedy trial because the failure to grant the continuance would unreasonably deny
12 the defendant continuity of counsel and the reasonable time necessary for effective preparation
13 taking into account the exercise of due diligence.

14

15 DATED: June 8, 2009                          /S/
                                                WADE RHYNE
16                                              Assistant United States Attorney

17
   DATED: June 8, 2009                          /S/
18                                              STEPHANIE LEE
                                                Law Clerk, United States Attorney's Office
19

20 DATED: June 8, 2009                          /S/
                                                ANGELA M. HANSEN
21                                              Assistant Federal Public Defender

22
   I hereby attest that I have on file all holograph signatures for any signatures indicated by a
23
   "conformed" signature (/S/) within this e-filed document.
24

25

26

Stip. Req. To Continue Status Date and to
Exclude Time, No. CR-09-00401 WDB           2

# ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

1. Given that the parties need more time to negotiate a disposition and that counsel for Ms. Chavez needs time to provide information to government counsel concerning Ms. Chavez's potential eligibility for pretrial diversion;

2. Given that defense counsel needs more time to review the discovery, to investigate this case and to discuss the evidence with Ms. Chavez;

3. Given that defense counsel is unavailable June 29, 2009 through July 3, 2009; and

4. Given that a continuance from June 10, 2009 until July 9, 2009 outweighs the best interests of the public and the defendant in a speedy and public trial because the failure to grant the requested continuance would unreasonably deny the defendant continuity of counsel and the reasonable time necessary for effective preparation, taking into account due diligence.

Based on these findings, IT IS HEREBY ORDERED that time is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) from the date of this Stipulation to July 9, 2009.

IT IS FURTHER ORDERED that the status hearing date of June 10, 2009, scheduled at 10:00 a.m., before the Honorable Wayne D. Brazil, is vacated and reset for July 9, 2009, at 10:00 a.m.

DATED: June 9, 2009

_____
WAYNE D. BRAZIL
United States Magistrate Judge

Stip. Req. To Continue Status Date and to
Exclude Time, No. CR-09-00401 WDB      3