BARRY J. PORTMAN
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant CHAVEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-09-00401 WDB |
| Plaintiff, ) | STIPULATED REQUEST TO CONTINUE STATUS HEARING DATE TO AUGUST 7, 2009 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT AND ORDER |
| v. ) | |
| CHRISTINA CHAVEZ, ) | |
| Defendant. ) | |

The above-captioned matter is set on July 9, 2009 before this Court for a status hearing. The parties jointly request that the Court continue the matter to August 7, 2009 at 10:00 a.m. and that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), between the date of this stipulation and August 7, 2009.

Ms. Chavez is charged with misdemeanor fraud under 18 U.S.C. § 1028(a)(4)(fraud in connection with identification documents). She made an initial appearance on May 5, 2009, and the Court arraigned Ms. Chavez and released her on her own recognizance. The parties have negotiated a pretrial diversion disposition in this case and the government plans to send information to the United States Pretrial Services Office so that they can determine if Ms. Chavez will be accepted into their program. If accepted, the parties will jointly request that this

Stip. Req. To Continue Status Date and to
Exclude Time, No. CR-09-00401 WDB

1  matter be taken off the Court's calendar indefinitely.  For this reason, the parties agree to
2  continue this matter to give Pretrial Services sufficient time to determine if Ms. Chavez would be
3  a suitable candidate for diversion.
4      Additionally, counsel for Ms. Chavez needs additional time to review the discovery, to
5  investigate this case and to discuss this case and the evidence with her client in the event the
6  pretrial diversion agreement is not accepted by Pretrial Services.  For these reasons, the parties
7  agree that the failure to grant such a continuance would unreasonably deny Ms. Chavez
8  continuity of counsel and the reasonable time necessary for effective preparation, taking into
9  account the exercise of due diligence.
10     The parties further stipulate and agree that the time from the date of this Stipulation to
11 August 7, 2009, should be excluded under § 3161(h)(7)(A) and (B)(iv) on the basis that the ends
12 of justice served by the continuance requested outweigh the best interest of the public and the
13 defendant in a speedy trial because the failure to grant the continuance would unreasonably deny
14 the defendant the reasonable time necessary for effective preparation taking into account the
15 exercise of due diligence.

17 DATED: July 1, 2009                        /S/
                                           WADE RHYNE
18                                     Assistant United States Attorney

19
DATED: July 1, 2009                        /S/
20                                       STEPHANIE LEE
                                  Law Clerk, United States Attorney's Office
21

22 DATED: July 1, 2009                        /S/
                                   ANGELA M. HANSEN
23                                   Assistant Federal Public Defender

24
I hereby attest that I have on file all holograph signatures for any signatures indicated by a
25 "conformed" signature (/S/) within this e-filed document.
26

# ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

1. Given that the parties have negotiated a pretrial diversion disposition of this matter;

2. Given that Pretrial Services needs time to consider Ms. Chavez's potential eligibility for pretrial diversion;

3. Given that defense counsel needs more time to review the discovery, to investigate this case and to discuss the evidence with Ms. Chavez; and

4. Given that the parties agree that a continuance from July 9, 2009 until August 7, 2009 outweighs the best interests of the public and the defendant in a speedy and public trial because the failure to grant the requested continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking into account due diligence.

Based on these findings, IT IS HEREBY ORDERED that time is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), from the date of this Stipulation to August 7, 2009.

IT IS FURTHER ORDERED that the status hearing date of July 9, 2009, scheduled at 10:00 a.m., before the Honorable Wayne D. Brazil, is vacated and reset for August 7, 2009, at 10:00 a.m.

DATED: July 2, 2009

_____
WAYNE D. BRAZIL
United States Magistrate Judge