JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

MAUREEN BESSETTE (NYSBN 2468254)
Chief, Criminal Division

WADE M. RHYNE (CABN 216799)
Assistant United States Attorney

STEPHANIE LEE
Law Clerk

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone: (510) 637-3928
   Facsimile:  (510) 637-3724
   E-Mail:  stephanie.lee2@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, </br>    Plaintiff, </br>  v. </br>CHRISTINA CHAVEZ </br>   a/k/a "Cristina Chavez," </br>   a/k/a "Carolyn Vazquez," </br>    Defendant. | No. CR-09-00401 WDB </br></br>STIPULATED REQUEST TO CONTINUE STATUS HEARING DATE TO AUGUST 24, 2009 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT </br></br>Date:  August 7, 2009 </br>Time:  10:00 a.m. </br>Court:  Hon. Wayne D. Brazil |

     The above-captioned matter is currently set on August 7, 2009 before this Court for a status hearing. The parties request that this Court continue the hearing to August 24, 2009 at 10:00 a.m. and that the Court continue to exclude time under the Speedy Trial Act between August 7, 2009 and August 24, 2009.

     Defendant is charged with misdemeanor fraud under 18 U.S.C. § 1028(a)(4) (Fraud in Connection with Identification Documents). The parties have negotiated a pretrial diversion

STIP. AND ORDER
TO CONTINUE HEARING TO
AUGUST 24, 2009 AND TO EXCLUDE TIME
No. CR-09-00401 WDB

disposition in this case, and the government has sent relevant information to the United States Pretrial Services Office (PSO). The PSO is currently evaluating this information to determine if the defendant will be accepted as a candidate for diversion, and the parties anticipate that a complete review of these documents will require additional time. Additionally, counsel for the defendant will need additional time to review the discovery and discuss the case with the defendant in the event the PSO does not accept the defendant as a diversion candidate.

For those reasons, the parties stipulate and request that the Court continue to exclude time between August 7, 2009 and August 24, 2009 under the Speedy Trial Act for reasonable time necessary for counsel to effectively prepare, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). The parties agree the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: July 31, 2009

| /S/ | /S/ |
|---|---|
| WADE M. RHYNE | ANGELA M. HANSEN |
| Assistant United States Attorney | Assistant Federal Public Defender |

/S/
STEPHANIE J. LEE
Law Clerk

STIP. AND ORDER
TO CONTINUE HEARING TO
AUGUST 24, 2009 AND TO EXCLUDE TIME
No. CR-09-00401 WDB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CHRISTINA CHAVEZ<br>  a/k/a "Cristina Chavez,"<br>  a/k/a "Carolyn Vazquez,"<br><br>    Defendant. | No. CR-09-00401 WDB<br><br>ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE TO AUGUST 24, 2009 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:    August 24, 2009<br>Time:   10:00 a.m.<br>Court:  Hon. Wayne D. Brazil |

The parties jointly requested that the hearing in this matter be continued from August 7, 2009 to August 24, 2009, and that time be excluded under the Speedy Trial Act between August 7, 2009 and August 24, 2009 to allow for the effective preparation of counsel for the reasons set forth in the parties' stipulated request. For these stated reasons, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv),

**IT IS HEREBY ORDERED** that this matter is set for a status hearing on August 24, 2009 at 10:00 a.m., and that time between August 7, 2009 and August 24, 2009 will continue to

STIP. AND ORDER
TO CONTINUE HEARING TO
AUGUST 24, 2009 AND TO EXCLUDE TIME
No. CR-09-00401 WDB

1  be excluded under the Speedy Trial Act to allow for the effective preparation of counsel, taking
2  into account the exercise of due diligence.

4  DATED:  August 3, 2009              _____
                                       HON. WAYNE D. BRAZIL
5                                      United States District Judge

STIP. AND ORDER
TO CONTINUE HEARING TO
AUGUST 24, 2009 AND TO EXCLUDE TIME
No. CR-09-00401 WDB