JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

MAUREEN C. BESSETTE (NYSBN 2468254)
Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, CA 94612
Telephone: (510) 637-3691
Facsimile: (510) 637-3724
E-mail: maureen.bessette@usdoj.gov

Attorneys for the United States

**FILED**

APR - 6 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTINA CHAVEZ,<br><br>Defendant. | No. CR-09-00401 WDB<br><br>MOTION AND [PROPOSED] ORDER TO DISMISS INFORMATION WITH PREJUDICE |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Northern District of California hereby dismisses the captioned Information against the defendant, Christina Chavez, with prejudice.

DATED: 4/6/2010

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
MAUREEN C. BESSETTE
Assistant United States Attorney

DISMISSAL OF INFORMATION
CR-09-00401 WDB

cc: Copy to parties via ECF, Pretrial Svcs.
2 certified copies to US Marshal, DMR stats

| | |
|---|---|
| 1 | Leave of the Court is granted to file the foregoing dismissal with prejudice. |
| 2 | DATED: 4/6/10 |
| 3 | DONNA M. RYU<br>United States Magistrate Judge |

DISMISSAL OF INFORMATION
CR-09-00401 WDB